**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MATTHEW DOUGLAS,

Plaintiff

v.

NETHANJAH BREITENBACH, et al.,

Defendants

Case No.: 3:26-cv-00026-ART-CSD

**Order**

Re: ECF No. 18

On October 26, 2026, Plaintiff filed a duplicate copy of his complaint and a proposed summons. (ECF No. 18.)

The complaint is identical to Plaintiff's original complaint. There is no reason to have a second copy of the complaint on the docket, so the duplicate complaint will be stricken.

The proposed summons is premature and not filed in compliance with the court's order of October 7, 2026, which provided that Plaintiff should move for issuance of summons as to those defendants for whom the Office of the Attorney General of the State of Nevada did not accept service *after* the A.G. indicated for which defendants it did accept service. (*See* ECF No. 15.) The A.G. has not yet filed its Notice of Acceptance of Service, and it has until October 28, 2026, to do so. The proposed summons is not properly filed and will also be stricken.

Accordingly, Plaintiff's filing of October 26, 2026, (ECF No. 18) is hereby **STRICKEN**.

**IT IS SO ORDERED**.

Dated: October 27, 2026

Craig S. Denney
United States Magistrate Judge